```
                                              FILED

                                          2005 OCT 20 P 2: 53

                                          CLERK, US DIST. COURT
                                          EASTERN DISTRICT OF CALIF

                                          BY_____
```

1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN 181317)
2  E-mail: cknox@seyfarth.com
   Krista L. Mitzel (SBN 221002)
3  E-mail: kmitzel@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Plaintiff
   LIFE INSURANCE COMPANY OF NORTH AMERICA

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| MARY JOU RIDPATH, | Case No. 1:05-CV-00904 OWW SMS |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Mary Lou Ridpath and Defendant Life Insurance Company of North America have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-
Stipulation Of Dismissal With Prejudice And [Proposed]Order/Case No. 1:05-CV-00904 OWW SMS

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: October 11, 2005

TRIEBSCH, FRAMPTON, DORIUS & LIMA

By _____
Cory B. Chartrand
Attorney for Plaintiff
MARY LOU RIDPATH

DATED: October 12, 2005

SEYFARTH SHAW LLP

By _____
Carolyn A. Knox
Krista L. Mitzel

Attorneys for Plaintiff
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**IT IS SO ORDERED:**

Date: 10-19-05

_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

-2-
Stipulation Of Dismissal With Prejudice And [Proposed]Order/Case No. 1:05-CV-00904 OWW SMS
SF1 28221602.1