1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN 181317)
2  E-mail: cknox@seyfarth.com
   Krista L. Mitzel (SBN 221002)
3  E-mail: kmitzel@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Plaintiff
   LIFE INSURANCE COMPANY OF NORTH AMERICA
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 MARY JOU RIDPATH,                  ) Case No. 1:05-CV-00904 OWW SMS
                                      )
12         Plaintiff,                 ) **STIPULATION OF DISMISSAL OF**
                                      ) **ACTION WITH PREJUDICE,**
13                                    ) **PURSUANT TO FED.R.CIV.P. 41(a)**
       v.                             ) **AND ORDER**
14                                    )
   LIFE INSURANCE COMPANY OF NORTH    )
15 AMERICA, and DOES 1 through 10, inclusive, )
                                      )
16                                    )
           Defendants.                )
17                                    )
                                      )
18

19     Plaintiff Mary Lou Ridpath and Defendant Life Insurance Company of North America

20 have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety

21 with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28
                                        -1-
   Stipulation Of Dismissal With Prejudice And [Proposed]Order/Case No. 1:05-CV-00904 OWW SMS

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: October _____, 2005       TRIEBSCH, FRAMPTON, DORIUS & LIMA


By _____
    Cory B. Chartrand
Attorney for Plaintiff
MARY LOU RIDPATH


DATED: October ___, 2005        SEYFARTH SHAW LLP


By_____
    Carolyn A. Knox
    Krista L. Mitzel

Attorneys for Plaintiff
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**IT IS SO ORDERED:**

Date:__October 28, 2005__        __/s/ OLIVER W. WANGER_____
    HONORABLE OLIVER W. WANGER
    UNITED STATES DISTRICT COURT JUDGE

-2-
Stipulation Of Dismissal With Prejudice And [Proposed]Order/Case No. 1:05-CV-00904 OWW SMS
SF1 28221602.1